GEORGE GRATTON, Respondent, v. THOMAS F. DOHERTY, Appellant.

Reported below, 158 App. Div. 909.
(Argued February 23, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered in September, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on contract.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings of fact were sustained by the evidence, and that, therefore, the Court of Appeals had no jurisdiction to entertain the appeal.

*James F. Brearton* for motion.

*Thomas F. Doherty* opposed.

Motion denied, with ten dollars costs.

---

MARY E. DICKERSON et al., Respondents, v. FRANK P. SHEEHY et al., Appellants, and EMIGRANTS' INDUSTRIAL SAVINGS BANK et al., Respondents.

(Submitted February 23, 1914; decided March 3, 1914.)

Motion for re-argument denied, with ten dollars costs. (WILLARD BARTLETT, Ch. J., dissenting.) (See 209 N. Y. 592.)

---

FRANK L. BLENIS, Respondent, v. UTICA KNITTING COMPANY, Appellant.

(Submitted February 23, 1914; decided March 3, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 210 N. Y. 561.)